RECEIVED
MAY 12 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PAMELA DUHON, ET AL. | * | CIVIL ACTION NO. 2:15-CV-00289 |
| v. | * | JUDGE JAMES T. TRIMBLE, JR. |
| AXIALL CORP. ET AL. | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein (R. #42), these findings and conclusions are accepted. This court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that John Manns be **DISMISSED** from this action without prejudice.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 12th day of May, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE